JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-56)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,093 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the Panel's order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-56 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN  3  06-902 | Brenda Stites v. Eli Lilly & Co. |
| CAN  3  06-3569 | Denise Anderson, et al. v. Eli Lilly & Co., et al. |
| CAN  4  06-975 | Robert Firestone v. Eli Lilly & Co. |
| **DISTRICT OF COLUMBIA** | |
| DC  1  06-330 | Curtis Andrews, et al. v. Eli Lilly & Co. |
| **ILLINOIS SOUTHERN** | |
| ILS  3  06-303 ✓ | Denise Porter v. Eli Lilly & Co. |
| ILS  3  06-351 | Mary Williams v. Eli Lilly & Co. |
| ILS  3  06-352 | Kenneth Matera v. Eli Lilly & Co. |
| ILS  3  06-353 | Doris E. Roedl v. Eli Lilly & Co. |
| ILS  3  06-389 | Alyce Damon, et al. v. Eli Lilly & Co. |
| **MARYLAND** | |
| MD  1  06-509 | David Amos, et al. v. Eli Lilly & Co. |
| **MINNESOTA** | |
| MN  0  06-2239 | Gladys Hill v. Eli Lilly & Co. |
| MN  0  06-2242 | Daniel R. De La Fauente v. Eli Lilly & Co. |
| **NORTH CAROLINA MIDDLE** | |
| NCM  1  06-518 | Patricia Doby, etc. v. Eli Lilly & Co. |
| **OKLAHOMA EASTERN** | |
| OKE  6  06-222 | Paula Richerson v. Eli Lilly & Co. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-2158 | Susan Sea v. Eli Lilly & Co. |
| PAE  2  06-2348 | Tammie Koslakiewicz, et al. v. Eli Lilly & Co. |
| PAE  2  06-2349 | Mike Oslar v. Eli Lilly & Co. |
| **TEXAS SOUTHERN** | |
| TXS  4  06-1801 | John Bellard v. Eli Lilly & Co. |
| **VIRGINIA EASTERN** | |
| VAE  1  06-205 | Lester Bolling, et al. v. Eli Lilly & Co. |

## INVOLVED COUNSEL LIST (CTO-56)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Benjamin E. Baker, Jr.
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

David O. Danis
David Danis Law Firm, L.L.C.
8235 Forsyth Boulevard
St. Louis County
Suite 1100
St. Louis, MO 63105-3786

Bahar Dejban
Law Offices of Shawn Khorrami
14550 Haynes Street
3rd Floor
Van Nuys, CA 91411

John J. Driscoll
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Andrew G. Finkelstein
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburgh, NY 12550

Kathleen Anne Frazier
Shook, Hardy & Bacon, LLP
600 Travis Street
Suite 1600
Houston, TX 77002

Nina M. Gussack
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Larry E. Hepler
Burroughs, Hepler, Broom,
MacDonald, et al.
103 W. Vandalia Street
Suite 300
P.O. Box 510
Edwardsville, IL 62025-0510

Gregory Lawing Jones
Greg Jones & Associates
3015 Market Street
Wilmington, NC 28403

Richard L. Kellner
Kabateck, Brown, Kellner, L.L.P
350 S. Grand Avenue
39th Floor
Los Angeles, CA 90071

Lynda Landers
Landers Law Firm
P.O. Box 833685
Richardson, TX 75083

Scott D. Levensten
Levensten Law Firm
1325 Spruce Street
Philadelphia, PA 19107

William A. Levin
Levin, Simes, Kaiser & Gornick, LLP
One Bush Street
14th Floor
San Francisco, CA 94104

Ted G. Meadows
Beasley, Allen, Crow, Methvin,
Portis & Miles, PC
20 Coosa Street
P.O. Box 4160
Montgomery, AL 36103-4160

Michael J. Miller
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314-3010

James Mark Neudecker
Reed Smith, LLP
P.O. Box 2084
Oakland, CA 94604-2084

Gale Diane Pearson
Pearson, Randall & Schumacher, PA
400 South 4th Street
Suite 1012
Minneapolis, MN 55415

Michael D. Raffaele
Pepper Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Bradley M. Risinger
Smith Moore, LLP
P.O. Box 27525
Raleigh, NC 27611

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

John R. Woodard, III
Feldman, Franden, Woodard, Farris
& Boudreaux
525 South Main
Suite 1000
Tulsa, OK 74103-4514

## INVOLVED JUDGES LIST (CTO-56)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. Stewart Dalzell
U.S. District Judge
5614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. James Knoll Gardner
U.S. District Judge
United States District Court & Federal Building
504 W. Hamilton Street
Suite 4701
Allentown, PA 18101

Hon. Phyllis J. Hamilton
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
17th Floor
San Francisco, CA 94102-3434

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Claude M. Hilton
Senior U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. Gray H. Miller
U.S. District Judge
8613 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Fed. Bldg.
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Emmet G. Sullivan
U.S. District Judge
4935 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2902

Hon. N. Carlton Tilley, Jr.
Chief Judge, U.S. District Court
U.S. District Court
P.O. Box 3443
Greensboro, NC 27402

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5217

# INVOLVED CLERKS LIST (CTO-56)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

Fernando Galindo, Acting Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

John Brubaker, Clerk
P.O. Box 2708
Greensboro, NC 27402-2708

Michael E. Kunz, Clerk
2609 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607